# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 12, 2018

155842 & (10)

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

MARTELL LAMAR HARPER,
     Defendant-Appellant.

SC: 155842
COA: 336957
Wayne CC: 11-012059-FC

_____/

On order of the Court, the application for leave to appeal the March 29, 2017 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). The motion to remand is DENIED.

WILDER, J., did not participate because he was on the Court of Appeals panel.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 12, 2018



a0905

Clerk